# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| JARDYN TRUETT | CIVIL ACTION NO. 2:18-cv-0550 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| FLUOR SCAFFOLDING, INC., ET AL. | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Plaintiff's Motion to Remand [Doc. No. 12] is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims against Defendant MMR Constructors, Inc., are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 18th day of September, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE