HUNT B. DOWNER, JR.
JOSEPH L. WAITZ, JR.*
MARY WAITZ RIVIERE
JOSEPH L. WAITZ, III
DOUGLAS E. WAITZ*
ELLEN DAIGLE DOSKEY
DAVID C. PELLEGRIN, JR.*



**Waitz & Downer**
ATTORNEYS AT LAW

JOSEPH L. WAITZ (1933-2013)

423 GOODE STREET
HOUMA, LOUISIANA 70360
PHONE (985) 876-0870
FAX (985) 876-0213
*OF COUNSEL

August 9, 2019

Hon. James D. Cain, Jr.
District Judge
U. S. District Court
611 Broad St., Suite 327
Lake Charles, Louisiana 70601

      RE:    Truett v. Sasol, et al
               No. 18-cv-00550, USDC, Western District

Dear Judge Cain:

      This will confirm my secretary's telephone call to your office today wherein she advised that the parties have agreed to a settlement of the captioned matter, which results in a full resolution of all claims.   Based on the settlement agreement, we ask that a 60-day dismissal order be issued and that all pending matters be removed from the Court's docket pending receipt of the formal motion(s) to dismiss.

      With kind regards I remain

Louisiana Proud,

Hunt Downer

HD/dt

cc: All Counsel of Record (Via CM/ECF)